UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMETRA BRICE, EARL BROWNE, and JILL NOVOROT,<br>　　*Plaintiffs*,<br><br>v.<br><br>HAYNES INVESTMENTS, LLC, and L. STEVEN HAYNES,<br>　　*Defendants*. | § § § § § § § § § § | Misc. No. 3:21-mc-00023<br><br>(Relates to Case No. 3:18-cv-1200-WHO, in the United States District Court, Northern District of California) |

**HAYNES INVESTMENTS, LLC, AND L. STEVEN HAYNES'S
<u>MOTION FOR PROTECTION</u>**

Defendants, Haynes Investments, LLC ("<u>Haynes Investments</u>"), and L. Steven Haynes ("<u>Haynes</u>" and together, "<u>Defendants</u>"), seek an order of protection from giving testimony regarding the confidential terms of a Texas state court settlement agreement, which testimony was sought by Plaintiffs, Kimetra Brice, Earl Browne, and Jill Novorot (collectively "<u>Plaintiffs</u>"), during a deposition taken in the matter known as Case No. 3:18-cv-1200-WHO, *Kimetra Brice et al. v. Haynes Investments, LLC, et al.*, pending in the United States District Court for the Northern District of California (the "<u>California Lawsuit</u>"). The reasons why this motion for protection should be granted are detailed in the accompanying Brief in Support of the Motion.

1

Dated: March 4, 2021.

        Respectfully submitted,

    By: */s/ David A. Walton*
        David A. Walton
        Texas Bar No. 24042120
        dwalton@bellnunnally.com
        Bell Nunnally & Martin LLP
        2323 Ross Avenue, Suite 1900
        Dallas, Texas 75201
        Tel. (214) 740-1445
        Fax (214) 740-5745

        *Counsel for Defendants,*
        *Haynes Investments and L. Steven Haynes*

## CERTIFICATE OF CONFERENCE

The parties have conferred on the relief requested in this motion for protection and have been unable to reach an amicable resolution. (Email between Defendants' Counsel and Plaintiffs' Counsel, attached as **Exhibit 8**.)

    By: */s/ David A. Walton*
        David A. Walton

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing instrument was sent to the following parties of record in accordance with the Federal Rules of Civil Procedure on March 4, 2021.

| | |
|---|---|
| Anna C. Haac<br>ahaac@tzlegal.com<br>Tycko & Zavareei LLP<br>1828 L Street, NW, Suite 1000<br>Washington, DC 20036<br>Tel. 202-973-0900, ext. 105<br>Fax 202-973-0950<br><br>*Counsel for Plaintiffs, Kimetra Brice, Earl Browne, and Jill Novorot* | Tanya S. Koshy<br>tkoshy@tzlegal.com<br>Tycko & Zavareei LLP<br>1970 Broadway, Suite 1070<br>Oakland, CA 94612<br>Tel. 510-254-6808<br>Fax 202-973-0950<br><br>*Counsel for Plaintiffs, Kimetra Brice, Earl Browne, and Jill Novorot* |

David F. Herman
dherman@armstrongteasdale.com
Jonathan P. Boughrum
jboughrum@armstrongteasdale.com
Michael C. Witsch
mwitsch@armstrongteasdale.com
Armstrong, Teasdale, LLP
2005 Market Street, 29th floor
One Commerce Square
Philadelphia, PA 19103
Tel. 267-780-2015

*Counsel for Defendants in the California Lawsuit*

                                              By: */s/ David A. Walton*
                                                    David A. Walton