IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMETRA BRICE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 3:21-MC-00023-N |
| HAYNES INVESTMENTS LLC, *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER OF REFERENCE

Under Authority of 28 U.S.C. §636(b), this case is referred to United States Magistrate Judge Rebecca Rutherford for determination of the motion for protection [1].

SIGNED March 8, 2021.

_____
David C. Godbey
United States District Judge

ORDER – SOLO PAGE