IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KIMETRA BRICE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 3:21-mc-00023-N-BT |
| | § | |
| HAYNES INVESTMENTS, LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER SETTING HEARING

On March 8, 2021, the district judge referred Defendants' Motion for Protection (ECF No. 1) to the undersigned United States magistrate judge for determination. The Court sets the motion for hearing via Zoom on the next discovery docket at **10:00 a.m. on April 8, 2021**. The Court will provide counsel with the Zoom link closer to the hearing date.

Counsel for Defendants will serve a copy of this Order on all counsel listed on the motion's certificate of service and file proof of service with the Court no later than March 11, 2021.

Plaintiffs may file a written response to the motion on or before **March 18, 2021**. After Plaintiffs file their response, all counsel listed on the certificate of service will confer virtually (*e.g.*, by Zoom) or by telephone—not by email—in a final, good-faith attempt to resolve this matter without further court intervention. Counsel should discuss whether the settlement agreement can be produced pursuant to a protective order. This conference must occur on or before **March**

1

**25, 2021**. At the beginning of the April 8 hearing, Counsel will provide to the Court the names of the attorneys who participated in the discovery conference, as well as the date the conference was held and the amount of time the attorneys conferred.

Defendants' reply is due no later than **April 1, 2021**. Defendants also must submit to the Court, *ex parte* and *in camera*, no later than April 1, 2021, a copy of the settlement agreement entered into between Defendants and other parties in Cause No. DC-19-13904, *Think Finance, LLC v. L. Steven Haynes, et al.*, pending in the 160th Judicial District Court of Dallas County, Texas.

If this dispute is resolved by agreement, Defendants will prepare and submit a proposed order disposing of the motion no later than April 1, 2021.

Any questions regarding this Order should be directed to the law clerk at (214) 753-2411.

**SO ORDERED.**

Dated: March 9, 2021.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE